### 8093. DOBBS *v.* GEORGIA RAILWAY AND POWER COMPANY.

LUKE, J. There is no merit in the assignments of error, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Wade, C. J., and George, J., concur.*

DECIDED SEPTEMBER 13, 1917.

Action for damages; from Cobb superior court—Judge Patterson. April 28, 1916.

*J. Z. Foster,* for plaintiff.

*Colquitt & Conyers, John T. Dorsey,* for defendant.